-PS/CD-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SHAWN GREEN, 97A0801,

        Petitioner,

    -v-

MARK L. BRADT,

        Respondent.

---

**DECISION and ORDER**



10-CV-6662CJS

FILED DEC 21 2010 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

    Petitioner Shawn Green, acting *pro se*, an inmate of the Elmira Correctional Facility, seeks relief pursuant to 28 U.S.C. § 2254, alleging that his conviction of disciplinary proceedings at Elmira Correctional Facility, in the State of New York, were unconstitutionally obtained, as set forth more precisely in the petition. Petitioner has paid the $5.00 filing fee. Accordingly,

    IT HEREBY IS ORDERED as follows:

    **1.** Respondent shall file and serve an **answer** to the petition, in accordance with Rules 4 and 5 of the Rules Governing Section 2254 Cases in the United States District Courts, no later than **January 27, 2011**. Further, the answer shall state whether a trial or any pre-trial or post-trial evidentiary proceeding was conducted. If any such proceeding was conducted, under the authority of Rule 4, the Court hereby directs respondent to provide to the Court the transcript of the proceeding, together with any record(s) of such proceeding, and such documents will be filed in the official record of this case.

Respondent also shall file and serve by the above date a **memorandum of law** addressing each of the issues raised in the petition and including citations of relevant supporting authority.

Within thirty (30) days of the date this order is served upon the custodian of the records, the Clerk of Court or any other official having custody of the records of the proceedings in the disciplinary hearings at issue now before this Court shall submit such records to the respondent or respondent's duly authorized representative.

If petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, under the authority of Rule 4, the Court hereby directs respondent to provide to the Court a copy of the briefs on appeal and the opinions of the appellate courts, if any, and such documents will be filed in the official record of this case.

If petitioner chooses to file a written response to the answer and memorandum of law, he should file the response within sixty (60) days of receipt of the answer.

Within thirty (30) days of the date this order is filed with the Clerk of Court, respondent may file a motion for a more definite statement or a motion to dismiss the petition, accompanied by appropriate exhibits which demonstrate that an answer to the petition is unnecessary. The timely filing of such motion shall extend the time for filing an answer for fourteen (14) days, but the failure of the Court to act upon the motion within that time shall not further extend the time for filing an answer.

2. The Clerk of Court shall serve a copy of the petition, together with a copy of this order, by certified mail, upon respondent Superintendent of Elmira Correctional Facility

and upon the Office of the New York State Attorney General, Federal Habeas Unit, 120 Broadway, 12th Floor, New York, New York 10271-0332. To advise appropriate Chemung County officials of the pendency of this proceeding, the Clerk of Court shall also mail a copy of this order to the District Attorney of Chemung County.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENT.**

SO ORDERED.

Dated: 12/18, 2010
Buffalo, New York

/s/ William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court